United States District Court
For the District of Columbia

Senior U.S. Constable ) No. 05-1539 UNA
Plaintiff / Appellant ) Notice of Appeal of
v. ) Order Dismissing Writ of
Gail Johnson ) Prohibition"
Defendant / Respondent ) In Good Faith

Comes Now Plaintiff Senior U.S. Constable and moves respectfully and in Good Faith to give this Notice of Appeal of Order Dismissing Plaintiff's Writ of Prohibition on July 28, 2005 and In Good Faith".

I Senior U.S. Constable do declare duly sworn under oath the foregoing herein to be true and accurate as asserted, and under Penalty of Perjury Signed and executed this 5th day of August 2005.

X _____
Senior U.S. Constable
# 842458
P.O. Box 514
Monroe, Wa. 98272

RECEIVED
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

pg 1 of 1